JS-6/Enter

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL. POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Plaintiff (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 4/1/2015

D. Vo
DEPUTY CLERK

FILED
CLERK, U.S. DISTRICT COURT
APR - 1 2015
CENTRAL DISTRICT OF CALIFORNIA
BY DV DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED J. KOONIN, | Case No. CV 13-9069-AG (AN) |
| Plaintiff, | |
| vs. | **JUDGMENT** |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge filed herein,

IT IS HEREBY ADJUDGED that the complaint is dismissed with prejudice.

DATED: MARCH 29, 2015

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
APR - 1 2015
CENTRAL DISTRICT OF CALIFORNIA
BY DV DEPUTY

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE